IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BALWINDER SINGH,

      Petitioner,

v.                                                    No. 2:26-cv-00389-SMD-GBW

KRISI NOEM, PAMELA BONDI,
TODD LYONS, et al.,

      Respondents.

## ORDER TO ANSWER AND ENJOINING THE TRANSFER OF PETITIONER OUT OF DISTRICT

Before the Court is Petitioner Balwinder Singh's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, filed on February 12, 2026.  *See* Doc. 1.  Petitioner is a citizen of India and is in Immigration and Customs Enforcement's ("ICE's") custody at the Otero County Processing Center in Chaparral, New Mexico.  *Id.* ¶ 14.

Petitioner entered the United States without inspection on February 12, 2022.  *Id.* ¶ 9.  Petitioner appeared in a detention hearing on July 19, 2022 at the San Francisco Immigration Court.  *Id.* ¶ 11.  The immigration judge at that hearing released Petitioner on conditional parole.  *Id.* ¶ 12.  On January 26, 2026, ICE arrested Petitioner at his workplace and brought him to the Otero County Processing Center.  *Id.* ¶ 14.  Petitioner is charged with, inter alia, inadmissibility under 8 U.S.C. § 212(a)(6)(A)(i).  *Id.* ¶¶ 79–81.  Petitioner challenges his ongoing detention on the basis that he has not been afforded the chance to be released on bond in contravention of 8 U.S.C. § 1226, that ICE's actions violate the Administrative Procedure Act, 5 U.S.C. § 706, and the Fifth Amendment.  *Id.* ¶¶ 84–102.

This Court has jurisdiction under 28 U.S.C. § 2241.  The Court finds that Petitioner has

alleged sufficient facts to survive initial review and to demonstrate a possible violation of Petitioner's Fifth Amendment rights. *Zadvydas v. Davis*, 533 U.S. 678 (2001); *Mathews v. Eldridge*, 424 U.S. 319 (1976). Accordingly, the Court orders Respondents to answer the Petition (Doc. 1).

**IT IS THEREFORE ORDERED** that Respondents shall answer the petition no later than March 3, 2026, at 5:00 p.m. and shall show cause as to why the requested relief should not be granted. If Petitioner elects to file an optional reply, he must do so within seven of Respondents' answer being filed.

**IT IS FURTHER ORDERED** that the Government is enjoined from transferring Balwinder Singh from the District of New Mexico while these proceedings remain pending, absent express written authorization from this Court.

_____
**SARAH M. DAVENPORT**
**UNITED STATES DISTRICT JUDGE**